IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 24-CR-205-DDD

UNITED STATES OF AMERICA

    Plaintiff,

v.

**TORRENCE TRIPLETT**

    Defendant.

---
**NOTICE OF ENTRY OF APPEARANCE**
---

Eric Zale #36821 hereby enters his appearance as CJA counsel for TORRENCE TRIPLETT in the above-captioned case. Pursuant to D.C.COLO.L.Atty R 5(a)(3)(C), undersigned counsel hereby certifies that he is a member in good standing of the bar of this court.

                                              Respectfully submitted,

                                              *s/ Eric Zale*

Eric Zale
Emeson & Zale LLC
2315 Broadway
Boulder CO 80304
eric@Emesonzale.com
720-419-1440
Attorney for Torrence Triplett

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2025, I electronically filed the foregoing

**NOTICE OF ENTRY OF APPEARANCE**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

*s/ Eric Zale*